UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW CONEV,

    Plaintiff,

v.

DEBRA BALLINGER et al.,

    Defendants.

Case No. C17-1725 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and with no objections being filed this Court does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is DISMISSED without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 8th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1